IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., as Securities Intermediary<br><br>    Defendant.<br><hr>WELLS FARGO BANK, N.A., as Securities Intermediary,<br><br>    Counterclaim- Plaintiff,<br><br>    v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY,<br><br>    Counterclaim-Defendant. | No. 1:21-cv-01432-LPS |

**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, plaintiff, counterclaim defendant Protective Life Insurance Company and defendant, counterclaim plaintiff Wells Fargo Bank, N.A., through their undersigned counsel, subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41, all claims, cross claims, and counterclaims that were brought, or that could have been brought, by the parties in the above-captioned litigation are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

LEGAL\57009474\1

| | |
|---|---|
| **COZEN O'CONNOR P.C.** | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| */s/ Kaan Ekiner* <br> Kaan Ekiner (No. 5607) <br> 1201 North Market St., Ste. 1001 <br> Wilmington, DE 19801 <br> Phone: 302-295-2046 <br> Fax: 302-250-4356 <br> kekiner@cozen.com <br><br> Michael J. Miller (*pro hac vice to be filed*) <br> Gregory J. Star (*pro hac vice to be filed*) <br> Alex Hayden (*pro hac vice to be filed*) <br> Philip J. Farinella (*pro hac vice to be filed*) <br> 1650 Market St., Suite 2800 <br> Philadelphia, PA 19103 <br> *Attorneys for Plaintiff, Counterclaim Defendant Protective Life Insurance Company* | */s/ David Primack* <br> David Primack (No. 4449) <br> 300 Delaware Ave., Ste. 1014 <br> Wilmington, DE 19801 <br> Phone: 302-300-4512 <br> Fax: 302-654-4031 <br> dprimack@mdmc-law.com <br><br> ARENT FOX LLP <br> Julius A. Rousseau, III (*pro hac vice to be filed*) <br> David J. Ward (*pro hac vice to be filed*) <br> 1301 Avenue of the Americas, Fl. 42 <br> New York, NY 10019 <br> Phone: 212-484-3900 <br> Fax: 212-484-3990 <br> Jule.rousseau@arentfox.com <br> David.ward@arentfox.com <br><br> *Attorneys for Defendant, Counterclaim Plaintiff Wells Fargo Bank, N.A., as Securities Intermediary* |

Dated: March 18, 2022

IT IS SO ORDERED this _____ day of _____ 2022.

_____
UNITED STATES DISTRICT JUDGE